# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID WARD**<br><br>                    **Plaintiffs**<br><br>v.<br><br>**PENNSYLVANIA STATE POLICE, et al**<br><br>                    **Defendants** | **NO. 3:11-cv-945**<br><br>**(JUDGE CAPUTO)** |

## DEFENDANTS, HART AND STROZYK'S MOTION IN LIMINE TO PRECLUDE CUMULATIVE LAY WITNESS TESTIMONY

***AND NOW COME***, the Defendants, James Hart and John Strozyk, by and through counsel, Harry T. Coleman, Esquire, hereby moves to preclude the Plaintiff from presenting cumulative lay witness testimony at the time of trial.  The grounds for this Motion are that the repetitive testimony of lay witnesses will result in undue delay, waste of time, or needless presentation of cumulative evidence.  Therefore, Plaintiff should be precluded from presenting any cumulative lay witness testimony at the time of trial.

2

Date:  April 20, 2016			Respectfully submitted,

					LAW OFFICE OF HARRY T. COLEMAN

					  /s/ Harry T. Coleman
					Harry T. Coleman, Esquire
					Attorney I.D. No. 49137
					41N. Main Street
					3rd Floor Suite 316
					Carbondale, Pennsylvania 18407
					(570) 282-7440 phone
					(570) 282-7606 facsimile
					harry@harrycolemanlaw.com
					Attorney for Defendants Hart & Strozyk